**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1774**

---

In Re: CARRIBEL S. ENDER,

                                                    Debtor.

_____

CARRIBEL S. ENDER,

                                    Debtor - Appellant,

          versus

INTERNAL REVENUE SERVICE,

                                    Creditor - Appellee,

          and

ELLEN W. COSBY,

                                                    Trustee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CA-
96-586-S, BK-95-52816)

---

Submitted:  April 17, 1997          Decided:  April 24, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Carribel S. Ender, Appellant Pro Se.  Gary R. Allen, Sara Ann Ketchum, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders affirming the bankruptcy court's order and denying her motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ender v. IRS, Nos. CA-96-586-S; BK-95-52816 (D.Md. Mar. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED